STATE OF NORTH CAROLINA v. JOHN FLOYD

No. 7310SC435

(Filed 11 July 1973)

APPEAL by defendant from *Braswell, Judge,* 29 January 1973 Session of Superior Court held in WAKE County.

Defendant was convicted by a jury for possession and sale of heroin. The State's evidence showed that an officer acting in an undercover capacity bought fifteen bags of heroin from the defendant for $90.00. Defendant had been previously known to the witness and was positively identified at the trial. Defendant denied the sale and claimed mistaken identity.

From judgment imposing prison sentence of five years, defendant appeals.

*Attorney General Morgan, by Associate Attorney Poole, for the State.*

*Robert P. Gruber for defendant appellant.*

BALEY, Judge.

After a careful examination of the record we are unable to find error in the proceedings in the court below. Defendant was convicted by a jury upon a plea of not guilty. The indictments were proper in form and the evidence of the State was sufficient to support the verdict. Sentence imposed was within statutory limits.

Upon the record, defendant received a fair trial, free from prejudicial error.

No error.

Judges CAMPBELL and HEDRICK concur.